# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA AMEZQUITA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JC PENNEY COMPANY, INC.,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00177-AWI-SAB<br><br>ORDER REASSIGNING ACTION TO MAGISTRATE JUDGE |

　　　　On January 31, 2018, Defendant JC Penney Corporation, Inc. removed this action. On February 23, 2018, and April 10, 2018, the parties filed forms consenting to the jurisdiction of a United States Magistrate Judge. (ECF Nos. 4, 13.) In light of the fact that the parties have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

　　　　1.　　This action is assigned to United States Magistrate Judge Stanley A. Boone for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

///
///
///

1

2. The Clerk of the Court is directed to reassign this action in its entirety to United States Magistrate Judge Stanley A. Boone; and

3. The new case number shall be 1:18-cv-00177-SAB.

IT IS SO ORDERED.

Dated: April 11, 2018

_____
SENIOR DISTRICT JUDGE