# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA AMEZQUITA,<br><br>    Plaintiff,<br><br>v.<br><br>J.C. PENNEY COMPANY, INC.,<br><br>    Defendant. | Case No. 1:18-cv-00177-SAB<br><br>ORDER SETTING SETTLEMENT CONFERENCE AND DENYING PARTIES' STIPULATION FOR REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM AS MOOT<br><br>(ECF No. 12) |

On April 10, 2018, the parties filed a joint scheduling report along with a stipulation for referral of this matter to the Court's Voluntary Dispute Resolution Program. (ECF Nos. 10, 12.) The Court held the mandatory scheduling conference on April 17, 2018, during which the parties agreed to participate in a settlement conference before a magistrate judge.

Accordingly, IT IS HEREBY ORDERED that:

1. A settlement conference is set before United States Magistrate Judge Sheila K. Oberto on Thursday, July 12, 2018, at 10:00 a.m. in Courtroom 7; and
2. The stipulation to elect referral of action to Voluntary Dispute Resolution Program is DENIED as moot.

IT IS SO ORDERED.

Dated: **April 17, 2018**

UNITED STATES MAGISTRATE JUDGE

1