# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA AMEZQUITA,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY COMPANY, INC.,<br><br>Defendant. | Case No. 1:18-cv-00177-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 19)<br><br>THIRTY DAY DEADLINE |

On July 6, 2018, the parties filed a joint notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1.      All pending matters and dates are VACATED; and

2.      The parties shall file dispositional documents within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:    **July 9, 2018**

UNITED STATES MAGISTRATE JUDGE

1