# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA AMEZQUITA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.C. PENNEY COMPANY, INC.,<br><br>　　　　Defendant. | Case No. 1:18-cv-00177-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR THE FAILURE TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 20)<br><br>FIVE DAY DEADLINE |

On July 6, 2018, the parties filed a joint notice of settlement informing the Court that they had reached settlement in this action. (ECF No. 19.) On July 9, 2018, an order issued requiring the parties to file dispositive documents within thirty days. (ECF No. 20.) More than thirty days have passed and the parties have not filed dispositive documents or otherwise responded to the July 9, 2018 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, the Court HEREBY ORDERS THE PARTIES TO SHOW CAUSE in

writing within **five (5) days** of the date of entry of this order why dispositive documents have not yet been filed.  **The parties are forewarned that the failure to show cause may result in the imposition of sanctions, including monetary sanctions and the dismissal of this action for failure to comply.**

IT IS SO ORDERED.

Dated:  **August 22, 2018**    _____
                                UNITED STATES MAGISTRATE JUDGE

2