# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA AMEZQUITA, | Case No. 1:18-cv-00177-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO SHOW CAUSE WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO RESPOND TO AUGUST 22, 2018 ORDER TO SHOW CAUSE |
| v. | |
| J.C. PENNEY COMPANY, INC., | |
| Defendant. | (ECF No. 21) |
| | THREE DAY DEADLINE |

On July 6, 2018, the parties filed a joint notice of settlement informing the Court that they had reached settlement in this action. (ECF No. 19.) On July 9, 2018, an order issued requiring the parties to file dispositive documents within thirty days. (ECF No. 20.) The parties did not file dispositive documents in compliance with the July 9, 2018 order and on August 20, 2018, an order issued requiring the parties to show cause why sanctions should not issue for the failure to comply. (ECF No. 21.) On August 23, 2018, a stipulation to dismiss this action was filed, however the parties did not file a response to the order to show cause. (ECF No. 23.)

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate,

including dismissal of the action.  <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, the Court HEREBY ORDERS THE PARTIES TO SHOW CAUSE in writing within **three (3) days** of the date of entry of this order why no response to the order to show cause was filed.  **If the parties fail to file a response as directed by this order, monetary sanctions of $100.00 per day may be assessed for the failure to comply.**

IT IS SO ORDERED.

Dated: __**August 28, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE