# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA AMEZQUITA, <br><br> Plaintiff, <br><br> v. <br><br> J.C. PENNEY COMPANY, INC., <br><br> Defendant. | Case No. 1:18-cv-00177-SAB <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION <br><br> (ECF No. ) |

Plaintiff Amelia Amezquita filed this action against Defendant J.C. Penney Company, Inc. on March 13, 2017 in the Superior Court of California, County of Merced. (ECF No. 1 at 6-13.) On January 31, 2018, Defendant removed the action the Eastern District of California. (ECF No. 1.) On July 6, 2018, the parties filed a joint notice of settlement informing the Court that they had reached settlement in this action. (ECF No. 19.) The parties were ordered to file dispositive documents within thirty days of July 9, 2018. (ECF No. 20.)

When the parties did not file dispositive documents in compliance with the July 9, 2018 order, an order issued on August 22, 2018, requiring the parties to show cause why sanctions should not issue. (ECF No. 21.) On August 23, 2018, a stipulation to dismiss the action was filed. (ECF No. 23.) However, the parties did not respond to the order to show cause. On August 29, 2018, a second order to show cause issued requiring the parties to show cause why monetary sanctions should not issue for the failure to comply with the August 22, 2018 order.

1

| | |
|---|---|
| 1 | (ECF No. 24.)  On August 31, 2018, Plaintiff filed a response to the order to show cause.  (ECF |
| 2 | No. 25.) |

Th response to the order to show cause addresses the failure to timely file dispositive documents, but does not address why the parties failed to respond to the first order to show cause. Counsel are advised that when an order to show cause is received a response addressing why the conduct should be excused is required. In this instance, the Court shall discharge the order to show cause without the imposition of monetary sanctions.

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, IT IS HEREBY ORDERED that:

1. The orders to show cause issued on August 22, 2018, and August 29, 2018 are DISCHARGED;
2. The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __September 4, 2018__

_____
UNITED STATES MAGISTRATE JUDGE